Jonathan G. Stein SBN 224609
Law offices of Jonathan G. Stein
5050 Laguna Blvd. Suite 112-325
 (916) 247-6868; FAX (916) 443-5022
e-mail:  jonathan@jonathangstein.com
Attorney for John C. Hernandez

Margaret M. Broussard
Law Offices of Margaret M. Broussard
7909 Walerga Road, Suite 112
Antelope, Ca. 95843
(916) 722-2370 Fax: (916) 880-5252
e-mail: pegthelawyer@aol.com
Attorney for John C. Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. HERNANDEZ, | CASE NO.: 2:09-CV-01418-GEB-EFB |
| Plaintiff, | PLAINTIFF'S STATUS REPORT |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, INC, AMERICAN BROKERS CONDUIT, AHMSI DEFAULT SERVICES, DEUTSCHE BANK NATIONAL TRUST COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., AMERICAN RIVER HOME LOANS, KRIS HOMES and DOES 1-20 inclusive, | |
| Defendants.      / | |

_____

1

JOINT STATUS REPORT

Counsel for the parties:

    Jonathan Stein for Plaintiff John C. Hernandez.

    Robert Finlay is the attorney for Defendants.

**a. Brief Summary of the Claims**

This action arises out of loans to the Plaintiff relating to his home. Defendant Kris Homes ("Homes") was the agent of the mortgage broker, Defendant American River Home Loans. Defendants American Home Mortgage Servicing and American Brokers Conduit are the lender, and Mortgage Electronic Registration Systems, Inc. ("MERS"), the Lender's 'nominee' on the deed of trusts securing the loans.

Briefly, on November 1, 2006, Defendant Homes approached the Plaintiff, telling him that she was the loan officer for American River Home Loans and solicited him to finance his residence.

Plaintiff alleges that Defendant Homes advised the Plaintiff that she could get him the "best deal" and the "best interest rates" available on the market.

Defendant Homes advised Plaintiff that his loan would be a fixed rate loan of 2% interest for 5 years and then she promised to refinance Plaintiff's loan into something affordable.

However Defendant Homes actually sold Plaintiff a loan that would only be fixed for only 2 years and then significantly increase in interest rate and payment.

Plaintiff further alleges that Defendant Homes fraudulently overstated Plaintiff's income on the loan application in order to qualify him for the loan.

Plaintiff has brought causes of action arising under TILA, RESPA, and Regulation Z, with additional claims under California State Law, and contend that Defendants American Home Mortgage Servicing and MERS are not "person(s) entitled to enforce" the Deed of Trust. Defendants deny the claims.

b.  **Status of Service on All Defendants and Cross-Defendants**

Defendant Homes has not been served and Plaintiff is attempting to locate Defendant.

c.  **Possible Joinder**

None anticipated at this time

d.  **Contemplated Amendment of the Pleadings**

None anticipated at this time.

e.  **Statutory Basis for Jurisdiction and Venue**

Plaintiff alleges that this court has subject matter jurisdiction based on federal question under 28 U.S.C. § 1331 and 1367, 18 U.S.C. § 1964(c) and 15 U.S.C. § 1640(e). This is an action asserting violations of Federal Statutes commonly known as TILA, RESPA, and Regulation Z, with additional claims under California State Law.  These claims all arise out of the same controversy and sequence of events.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), in that a substantial part of the events giving rise to the claim occurred in this judicial district.

f.  (1)  The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) 45 days after the matter is at issue.

(2)  At this time, the parties anticipate that discovery will relate to issues including, without limitation:  circumstances relating to the loan origination and close; the history of the promissory notes and deeds of trust including any transfer(s) thereof; the servicing history, and any efforts to enforce the loan documents. .

(3)  Interrogatories, requests for production, requests for admissions, depositions of the parties and third party witnesses, and subpoenas for documents in the possession of third parties.  Normal limitations under the Federal and local rules are appropriate.

(4) The parties shall simultaneously and mutually exchange their respective disclosures of expert testimony required by Rule 26(a)(2) of the Federal Rules of Civil Procedure 90 days before the trial date.  Any party who makes such disclosure shall have the right, within 20 days after said date, to submit a supplemental expert witness disclosure designating any experts who will express an opinion on a subject to be covered by an expert designated by an adverse party, if the party supplementing its initial disclosure has not previously retained an expert to testify on that subject.  Said supplemental disclosure shall include all of the information required by Rule 26(a) (2) of the Federal Rules of Civil Procedure.

Each party shall have the right to request documents and take depositions of any expert witness designated by another party.

(5) All discovery commenced in time to be completed by September 25, 2010.

g. **Dispositive Motions**

All potentially dispositive motions should be filed by November 25, 2010.

h. **Pre-Trial and Trial**

The case should be ready for trial by March 25, 2011.  Final pretrial conference should be held at the end of January 25, 2011.

i. **Trial Estimate**

Trial at this time is expected to take approximately five days.  Jury has been demanded.

j. **No special procedures required at this time.**

k. **No modifications necessary at this time.**

l. **No related matters.**

m. The **parties are pursuing whether mediation would be productive.  A settlement** conference might assist later.

n. **The parties consent to the trial judge acting as settlement judge.**

_____

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: October 28, 2009 | LAW OFFICES OF JONATHAN G. STEIN |
|   | /s/ Jonathan G. Stein<br>Jonathan G. Stein<br>Attorney for Plaintiff |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       )ss.
COUNTY OF SACRAMENTO)

    I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 2882 Prospect Park Drive, Ste. 350, Rancho Cordova, CA 95670.

    On this date I served the foregoing document described as follows: **PLAINTIFF'S STATUS REPORT**

on the following interested parties in this action:

SEE ATTACHED SERVICE LIST

    The following is the procedure in which service of this document was effected:

❑    Facsimile, Time: _____ P.M.; Date:

❑    Federal Express, Priority Overnight

❑    United Parcel Service, Next Day Air

❑    United States Mail,

✓    By Electronic Mail - I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the above listed CM/ECF registrants.

    I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and that this declaration was executed on January 14, 2010 at Sacramento, California.

    /s/ Liliana A. Chavez
    Liliana A. Chavez

## SERVICE LIST

**Margaret Mary Broussard**
Law Office of Margaret M. Broussard
7909 Walerga Road. Suite 112
Antelope, CA 95843-5727
(916) 722-2370
(916) 880-5252 (fax)
pegthelawyer@aol.com

**Representing Plaintiff**

**John C. Hernandez**

**Jonathan Gregg Stein**
5050 Laguna Boulevard, Suite 112-325
Elk Grove, CA 95758
916-247-6868
jonathan@jonathangstein.com

**T. Robert Finlay**
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
949-477-5050
949-477-9200 (fax)
rfinlay@wrightlegal.net

**Representing Defendants**

**American Home Mortgage Servicing, Inc.**

**Mortgage Electronic Registration Systems Inc.**

JOINT STATUS REPORT