IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. HERNANDEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; AMERICAN BROKERS CONDUIT; AHMSI DEFAULT SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; RAYMOND MCCOY; GURMIT SINGH; DOUGLAS TODD CECIL,<br><br>            Defendants.[1] | 2:09-cv-1418-GEB-EFB<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RULE 4(M) NOTICE |

Plaintiff's Status Report filed on January 14, 2010 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference ("status conference") set for February 1, 2010 is continued to March 15, 2010, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the status conference.[2]

---

[1] The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

[2] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1

**Further, Plaintiff is notified under Federal Rules of Civil Procedure ("Rule") 4(m) that Defendant Douglas Todd Cecil could be dismissed as a defendant in this action under Rule 4(m) unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve this Defendant within Rule 4(m)'s 120 day prescribed period, in a filing due no later than 4:00 p.m. on February 5, 2010.**

IT IS SO ORDERED.

Dated: January 27, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge